Gordon E. R. Troy, Esq., Pro hac vice
Email: gtroy@webtm.com
GORDON E. R. TROY, PC
PO Box 1180
Shelburne, VT 05482
Telephone: 802 881-0640
Facsimile: 646 588-1962

Attorneys for Defendants
Burlington Coat Factory Investment Holdings, Inc.
And Mystic Weaves, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| THE STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>BURLINGTON COAT FACTORY INVESTMENT HOLDINGS, INC., a Delaware corporation; MYSTIC WEAVES USA INC., a New York corporation; and DOES 1 through 25,<br><br>    Defendants. | Case No. 2:17-cv-07710-SJO-RAO<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Honorable Judge S. James Otero<br>Courtroom: 10C [First Street]<br><br>Date:<br>Time: 8:30 a.m.<br><br>Complaint Served: Oct. 24, 2017<br>Current Response: Dec. 24, 2017<br>New Response: Jan. 23, 2018 |

## <u>RECITALS</u>

  WHEREAS on or about October 23, 2017, Plaintiff, The Standard Fabrics International, Inc. ("STANDARD") filed a Complaint alleging

1

claims against Defendants, Burlington Coat Factory Investment Holdings, Inc. and Mystic Weaves USA, Inc. (collectively "DEFENDANTS");

WHEREAS pursuant to Local Rule 8-3, STANDARD and DEFENDANTS stipulated to extend time for DEFENDANTS' initial response to December 24, 2017;

WHEREAS the parties are exchanging information and same has revealed that amendment is proper;

WHEREAS the parties have indicated an intent to engage in settlement discussions, but require more time to locate documents and information;

WHEREAS the parties have agreed that DEFENDANTS may have through and including January 23, 2018 to file an answer or otherwise respond to STANDARD's Complaint;

NOW, THEREFORE, STANDARD and DEFENDANTS stipulate and jointly request that the Court order as follows:

## **STIPULATION**

1. The foregoing recitals are incorporated in full by this reference.

2. STANDARD and DEFENDANTS each agree that DEFENDANTS shall have up to and including January 23, 2018 to answer or otherwise respond to STANDARD's Complaint.

**IT IS SO STIPULATED.**

Dated: December 22, 2017

TROY M. MUELLER
LAW OFFICES OF TROY M. MUELLER

2

1

2          By:   /s/ Troy M. Mueller
                 Troy M. Mueller
3
           Attorneys for Plaintiff
4          THE STANDARD FABRICS
           INTERNATIONAL, INC.
5

6    Dated: December 22, 2017

7          GORDON E. R. TROY
           GORDON E.R. TROY, PC
8

9          By:   /s/ Gordon E. R. Troy
                 Gordon E. R. Troy
10
           Attorneys for Defendants
11         BURLINGTON COAT FACTORY
           INVESTMENT HOLDINGS, INC. and
12         MYSTIC WEAVES USA, INC.

13

14
                    **SIGNATURE ATTESTATION**
15
           Pursuant to Civil Local Rules 5-4.3.4(a)(2)(i), I hereby certify that
16
     authorization for the filing of this document has been obtained from each
17
     of the other signatories shown above and that all signatories concur in the
18
     filing's content.
19

20
                 By:  /s/ Gordon E. R. Troy
21                    Gordon E. R. Troy

22

23

24

25
                                        3