|   |   |
|---|---|
| | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>January 2, 2018<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___VPC___ DEPUTY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| THE STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>BURLINGTON COAT FACTORY INVESTMENT HOLDINGS, INC., a Delaware corporation; MYSTIC WEAVES USA INC., a New York corporation; and DOES 1 through 25,<br><br>            Defendants. | Case No. 2:17-cv-07710-SJO-RAO<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Judge S. James Otero<br>Courtroom: 10C [First Street] |

The Court is in receipt of the parties' Stipulated Request to Extend Time for Defendants to Respond to Plaintiff's Complaint. Having reviewed the papers and finding good cause, the Court orders as follows:

Defendants, Burlington Coat Factory Investment Holdings, Inc. and Mystic Weaves USA, Inc. shall have up to and including January 23, 2018 to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: 1/2/18

HONORALE S. JAMES OTERO
U.S. DISTRICT COURT JUDGE